

ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0498

THOMAS JAMES BICK,

    Petitioner, Obligor, and Appellant,

v.

KATHLEEN JO JOHNSON,

    Respondent, Obligee, and Appellee,

and

STATE OF MONTANA EX REL. MONTANA
DEPARTMENT OF PUBLIC HEALTH AND
HUMAN SERVICES, CHILD SUPPORT
ENFORCEMENT DIVISION, EX REL.,

    Respondent and Appellee.

FILED

MAY 03 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Pursuant to Appellant's Motion to Transfer Transcripts from Case No. DA 19-0373 to Case No. DA 20-0498, and good cause appearing,

IT IS ORDERED that motion GRANTED.

The Clerk is directed to transfer all transcripts filed in Case No. DA 19-0373 to the captioned matter, Case No. DA 20-0498.

DATED this 3rd day of May, 2021.

For the Court,

By _____
Chief Justice